NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FIRST QUALITY TISSUE, LLC,**

*Plaintiff-Appellant*

v.

**IRVING CONSUMER PRODUCTS LTD., IRVING CONSUMER PRODUCTS, INC.,**

*Defendants-Appellees*

---

2023-1784

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-00428-RGA, Judge Richard G. Andrews.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

June 13, 2023
    Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court

**ISSUED AS A MANDATE:** June 13, 2023